IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARRY EDMOND WILLIAMS**                                                                                    **PLAINTIFF**
**# 652057**

v.                        Case No. 4:24-cv-00489-JM-JTK

**MCMILLER, et al.**                                                                                        **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant Johnson's Motion for Summary Judgment (Doc. No. 29) is GRANTED;

2. Plaintiff's Complaint (Doc. No. 2) is DISMISSED with prejudice.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an <u>in forma pauperis</u> appeal from any Order adopting these recommendations and accompanying Judgment would not be taken in good faith.

Dated this 24th day of June, 2025.

                                                                      _____
                                                                      UNITED STATES DISTRICT JUDGE