IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARRY EDMOND WILLIAMS**  **PLAINTIFF**
**# 652057**

v.     Case No. 4:24-cv-00489-JM-JTK

**MCMILLER, et al.**   **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 24th day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE